In re Mascair, Irvin S.; Papa, John P.; Person, William H. Jr.; Peterson, Andrew; Quinlan, Patrick J.; Sanchez, Lloyd R.; Mitchell, Nathan S.; Giroir, Carl C.; Laurent, Orest J.; Perniciaro, Gertrude; Mullen, William S.; Maresco, Mike L.; Johnson, John A.; Gause, Berian 0.; Laurent, Fay B.; Dalleo, Margaret A.; Rivere, Nicholas; Frey, Auguste G.; Heikamp, Albert J.; Collier, John A.; Marshall, Guy; Guize-rix, Paul; Popara, Marjorie T.; Appleton, Robert W.; Bertucci, Roma; Blanda, Camille C.; Blanque, Robert J.; Blurton, Mary A.; Butler, Edward J.; Caminita, Clarence J.; Coulton, Thomas J.; Duplaa, Jacqueline; Erdmann, Lloyd R.; Fernandez, Bernard Sr.; Ficarro, Salvador; Filos, June S.; Forrester, William J.; Foss, John E. Ill; Fuller, Warren; Gaille, Louis H. Jr.; Gehbauer, Arthur F.; Glaser, Elton A.; Glorioso, Vincent J.; Hildebraud, Clark B.; Italiano, Mitchel; Kelly, Patrick J.; Knaresborough, James Jr.; Lilly, Lonnie R. Sir.; Liuzza, Anthony S.; McCarthy, Henry V.; McCarron, John; McNeil, James L.; Clark, Joseph F. Sr.; Roth, Raymond L.; Schiro, Anthony P.; Songy, Henry J. Jr.; Thieler, John B. Jr.; applying for writ of certiorari and/or review; to the Court of Appeal, Fifth Circuit, No. 85-CA-339; Parish of Jefferson, 24th Judicial District Court, Div. “K”, No. 273-675.
Prior report; La.App., 484 So.2d 190.
Granted.